United States District Court
Southern District of Texas
**ENTERED**
October 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WOODLANDS OUTPATIENT SURGICAL CENTER, § § § § Plaintiff, § VS. § § AMERICAN BUREAU OF SHIPPING, INC § EMPLOYEE BENEFIT PLAN, § § Defendant. § | | CIVIL ACTION NO. 4:17-CV-1476 |

**ORDER**

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on August 20, 2020 (Doc. #48), Defendant's Objections (Doc. #50), Plaintiff's Objections (Doc. #51), Defendant's Response to Plaintiff's Objections (Doc. #52), and Plaintiff's Response to Defendant's Objections (Doc. #53). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable law, the Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

SEP 2 9 2020

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge